AO 93 (Rev. 5/85) Search Warrant

# United States District Court

FOR THE

In the Matter of the Search of
(Name, address or brief description of the person or property to be searched))

First-Class Express mail package EB 800552615 US and its contents, postmarked from Pedro Jimenez, Maria Moczo #161 Santurce, Puerto Rico 00911 bearing the date 1/30/2008 addressed to Zaul Jimenez, 291 Althea St 2nd floor, Providence, RI 02909.

**SEARCH WARRANT**

CASE NUMBER: 1:08-MJ-18M

TO: Any Postal Inspector of the U.S. Postal Service and any Authorized Officer of the United States

Affidavit(s) having been made before me by Almindo Correia, U.S. Postal Inspector (Affiant) who has reason to

believe that ☐ on the person of or ☑ on the premises known as (name, description and/or location)
First-Class Express mail package EB 800552615 US and its contents, postmarked from Pedro Jimenez, Maria Moczo #161 Santurce, Puerto Rico 00911 bearing the date 1/30/2008 addressed to Zaul Jimenez, 291 Althea St 2nd floor, Providence, RI 02909

in the ______ District of Rhode Island there is now concealed a certain person or property, namely (describe the person or property)
CONTROLLED SUBSTANCES

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before FEBRUARY 2, 2008 (Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime--6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established), and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to U. S. Magistrate Judge (U.S. Judge or Magistrate) as required by law.

1-31-08 4:03 PM at Providence, Rhode Island
Date and Time Issued — City and State

David L. Martin, U.S. Magistrate Judge — [signature]
Name and Title of Judicial Officer — Signature of Judicial Officer

Attest to True Copy
DAVID A. DIMARZIO
By [signature]
Deputy Clerk

AO 93 (Rev. 2/90) Search Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 1-31-08 | 1-31-08 5:00 PM | RICHARD COLLINS, MDO USPS |

INVENTORY MADE IN THE PRESENCE OF

POSTAL INSPECTORS A. CORREIA, G. MARCHESE, BRIAN HENDRIX

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

TWO INDIVIDUALLY WRAPPED BRICK SHAPED ITEMS
CONTAINING A WHITE POWDERY SUBSTANCE.
TOTAL WEIGHT APPROXIMATELY 2.32 KILOS.

## CERTIFICATION

I swear that this inventory is true and detailed account of the person or property taken by me on the warrant.

[signature] Amanda Correia

Subcribed, sworn to, and returned before me this date.

[signature] David L Martin — 2-11-08

U.S. Judge or Magistrate — Date